UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MALCOM CONRAD ENGLE, SR, <br><br> Plaintiff, <br><br> vs. <br><br> STATE OF WASHINGTON, et al., <br><br> Defendants. | NO. CV-09-005-RHW <br><br> ORDER DISMISSING ACTION |

By Order filed April 9, 2009, the court directed Mr. Engle to show cause why this action should not be dismissed for failure to keep the court apprised of his current address. A copy sent to Plaintiff at the Grant County Jail was returned with the notation, "No longer in custody" (Ct. Rec. 11). Plaintiff has filed nothing further in this action. Therefore, **IT IS ORDERED** this action is **DISMISSED** without prejudice.

**IT IS SO ORDERED**. The District Court Executive is **DIRECTED** to enter this Order, enter judgment, forward a copy to Plaintiff at his last known address, and close the file.

**DATED** this 8th day of June, 2009.

    s/Robert H. Whaley
    ROBERT H. WHALEY
CHIEF UNITED STATES DISTRICT JUDGE

Q:\CIVIL\2009\Engle\9cv05rhw-5-4-disfia.wpd

ORDER DISMISSING ACTION -- 1